# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Eartha M. Glynn, | Civil Action No. 5:19-1303-MGL-PJG |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION TO STAY AND COMPEL ARBITRATION** |
| Republic Finance, LLC, | |
| Defendant. | |

Before the Court is the Parties' Joint Motion to Stay and Compel Arbitration. After reviewing the Motion, the Court **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. It is **ORDERED** that the above-captioned matter is stayed pending disposition via arbitration with a mutually agreed-upon arbitrator and with the understanding that this Court shall have jurisdiction to enforce the parties' obligation to submit this case to a mutually agreed-upon arbitrator and to enforce any binding arbitration award conferred by the arbitrator at said binding arbitration.

**IT IS SO ORDERED.**

_____
Honorable Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 17, 2019
Columbia, South Carolina